

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. PD-1358-15, 1359-15, 1360-15, 1361-15

### ERIC L. BAUMGART, Appellant

### v.

### THE STATE OF TEXAS, Appellee

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

*Per Curiam.*

## O R D E R

The Court grants review on its own motion of the following question:

Did the court of appeals err in its application of Penal Code § 2.02?

Appellant's brief is due within thirty days of the date of this order. The State's brief is due thirty days after the timely filing of Appellant's brief. Oral argument will not be permitted.

The Clerk of this Court will send copies of this order to the Court of Appeals for the Fourteenth District, the State Prosecuting Attorney, the District Attorney for Harris County, and Appellant.

Entered March 9, 2016
Do Not Publish